TOM BASSAM v. STATE.

No. A-2080.  Opinion Filed September 19, 1914.

Appeal from County Court, Atoka County; ·

Baxter Taylor, Judge.

Tom Bassam was convicted of selling intoxicating liquor, and appeals. Affirmed.

Jones & McCasland, for plaintiff in error.

E. G. Spilman, for the State.

PER CURIAM. Plaintiff in error, Tom Bassam, was convicted at the May, 1913, term of the county court of Atoka county, sitting at Caney, Oklahoma, on a charge of selling intoxicating liquor, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of thirty days. A careful examination of the record discloses no error prejudicial to the substantial rights of plaintiff in error. The judgment of the trial court is, therefore, affirmed.